USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/29/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
MT. HAWLEY INSURANCE COMPANY,              :
                                            :
                                            :
                              Plaintiff,    :
                                            :     23-CV-1198 (VEC)
              -against-                     :
                                            :     ORDER
                                            :
                                            :
FIRST STREET OCEAN GRILLE, LLC,            :
                                            :
                                            :
                              Defendant.    :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared by teleconference for an Initial Pretrial Conference on June 29, 2023, *see* Dkt. 24.

IT IS HEREBY ORDERED that Plaintiff's motion for judgment on the pleadings shall be due no later than **September 22, 2023**; Defendant's opposition is due no later than **October 20, 2023**; and the deadline for Plaintiff's reply is **November 3, 2023**.

IT IS FURTHER ORDERED that Plaintiff must produce the claim file to Defendant by no later than **July 14, 2023**.

**SO ORDERED.**

**Date: June 29, 2023**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**